# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160859

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NIKI KNIGHT,
      Plaintiff-Appellant,

v

    SC: 160859
    COA: 344919
    Oakland CC: 2018-164140-CH

BANK OF AMERICA CORPORATION, d/b/a
BANK OF AMERICA, OAKLAND COUNTY
SHERIFF'S OFFICE, TROTT LAW, PC, and
METRO DEVELOPERS, LLC,
      Defendants-Appellees,

and

BAC NORTH AMERICA HOLDING
COMPANY, NATIONAL BANK HOLDINGS
CORPORATION, THOMAS P. RABETTE,
JOHN M. ROEHRIG, BANK OF NEW YORK
MELLON, and BANK OF NEW YORK,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



p0921

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk